**Opinion filed October 30, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00067-CV

_____

## OSCAR MOLINAR, Appellant

## V.

## MULHOLLAND ENERGY SERVICES, LLC; MULHOLLAND EMPLOYEE HOLDINGS, LLC; AND MULHOLLAND SERVICES HOLDCO, INC., Appellees

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. DCV-25-00102**

### M E M O R A N D U M   O P I N I O N

This interlocutory appeal arises from the trial court's order granting Appellees' application for a temporary injunction.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2024).   Since September 22, Appellant has filed three "[a]greed" letters informing us that the parties have been negotiating and finalizing a settlement agreement in the case below.   On October 24, Appellant

informed us that the parties' settlement agreement had been finalized and that, pursuant to Rule 162 of the Texas Rules of Civil Procedure, Appellees had filed a notice of nonsuit of their claims against Appellant with prejudice in the trial court. *See* TEX. R. CIV. P. 162. In the same letter, Appellant notified us that his "interlocutory appeal is no longer necessary."

We construe Appellant's filing as an unopposed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we grant his request and dismiss the appeal.


JOHN M. BAILEY
CHIEF JUSTICE


October 30, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.